IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 24 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Frederick Ricky Lambert )
(N-30421) )
_____ )
Plaintiff/Petitioner, )
)
vs. ) CASE NO. 07-607-MJR
Lee Ryker )
(Warden) )
_____ )
Defendant(s)/Respondent. )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Frederick Ricky Lambert, am (check one) the ☐ plaintiff ☒ petitioner ☐ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding: I have written to the following organizations/law firms/attorneys with no avail: Chgo. Bar Association, 321 S. Plymouth Ct., Chgo; Kent College of Law, 77 S. Wacker Dr., Chgo; Mayer, Brown & Platt, 1900 S. LaSalle St., Chgo; Pro Bono Advocates, Lower level Richard J. Daley Center, Chgo; Prarie State Legal Services, 1146 Westgate St., Chgo.

3. In further support of my motion, I declare (check appropriate box):

   ☐ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☒ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

8/21/07                                  Frederick Lambert
_____                          _____
Date                                     Movant's Signature

                                         RR 2 Box 31
                                         _____
                                         Street Address

                                         Sumner  IL.  62466

As indicated in paragraph three of my motion for appointment of counsel (see reverse), I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Case Number: 99-CV-50076 | Judge: P. Michael Mahoney | Check here if case is pending: ☐ dismissed years ago |
|---|---|---|
| Case Style | Lambert v. Owens, et. | |
| Name of Appointed Counsel | James P. Zeglis was NOT THE Attorney, Ct appointed him to Assist with witnesses | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

| Case Number: | Judge: | Check here if case is pending: ☐ |
|---|---|---|
| Case Style | | |
| Name of Appointed Counsel | | |

(Attach additional pages, in this format, as necessary).