# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk

August 27, 2007

**NOTIFICATION THAT YOUR COMPLAINT/PETITION
HAS BEEN FILED (WITHOUT FEE)**

To:   Frederick Ricky Lambert

Re:   Frederick Ricky Lambert vs. Lee Ryker
Case No.   07-607-MJR

This is to advise you that our office has received your petition in the above styled cause. Please forward all future payments/pleadings/papers to the above address using the above-assigned case number.

Your case has been opened without payment of the filing fee or the filing of a Motion to Proceed In Forma Pauperis. If payment ($5.00 for a habeas corpus petition), or a Motion to Proceed In Forma Pauperis is **NOT** received in our office **within thirty (30) days** from the date of this letter, the case will be submitted to the Judicial Officer for an order to be entered dismissing this case..

Once the motion or payment is received, the case will be submitted to a Judicial Officer for further procedures.

Thank you.

Sincerely,

NORBERT G. JAWORSKI, Clerk


 s/Mona Zingrich
Deputy Clerk

PS-15
(1/05)