UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
SEP 05 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

FREDERICK RICKY LAMBERT, )
　　　Plaintiff/Petitioner(s), )
(N-30421 ) )
　　　-vs- )　　Case No. 07-607-MJR
)　　(To be supplied by the Clerk)
)
LEE RYKER, )
)
)
　　　Defendant/Respondent(s). )

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

　　I, Frederick Ricky Lambert, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief.

　　The nature of the action is:　　( ) Civil Rights　(X) Habeas Corpus　( ) Appeal

1. Are you presently employed?　Yes (X)　No ( )

　　a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.
　　　I have a Job Assignment here at the prison and receive $30.00 a Month State Prison Pay.

　　b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received.
　　　N/A

2. Have you received within the past twelve months any money from any of the following sources?

　　a. Business, profession or form of self-employment?　　Yes ( )　No (X)
　　b. Rent payments, interest or dividends?　　Yes ( )　No (X)
　　c. Pensions, annuities or life insurance payments?　　Yes ( )　No (X)
　　d. Gifts or inheritances?　　Yes ( )　No (X)
　　e. Any other sources?　　Yes (X)　No ( )

Rev. 2/00

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

_Every now and then, I receive Money from Friends and or Relative's._

3. Do you own cash, or do you have money in a checking or savings account? Yes ( ) No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

_N/A_

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (X) If the answer is "yes", describe the property and state its approximate value.

_N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_None_

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration? Yes (X)  No ( )

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis*.

1. Case name: _Lambert v. Owens_        Case Number: _99-CV-50076_

   Court: _U.S. Dist Ct. Nortthern District of Illinois._        Date filed: _In 1999 (don't no date)_

   Claims raised: _I can't remember the exact claims, it was a civil matter under 1983 (Article 42) relating to Jail conditions._

   Result: _Dismissed ... no appeal pursued._

-2-

2. Case name: __None__         Case Number: __None__

   Court: __N/A__              Date filed: __N/A__

   Claims raised: __N/A__

   Result: __N/A__

3. Case name: __N/A__          Case Number: __N/A__

   Court: __N/A__              Date filed: __N/A__

   Claims raised: __N/A__

   Result: __N/A__

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

__8/29/07__
Date

__Frederick Leeky Jenkins__
Signature of Plaintiff/Petitioner

Rev. 2/02

- 3 -

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date:  August 21, 2007

*Frederick Ricky Lambert*
Signature of Applicant

Frederick Ricky Lambert (N30421)
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Frederick Lambert, I.D.# N36421, has the sum of $ 135.68 on account to his/her credit at (name of institution) Lawrence Correctional Center. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 159.24.
(Add all deposits from all sources and then divide by number of months).

8-24-07
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER

John Rohr
(Print name)

rev. 7/18/02

-3-

| Date: | 8/24/2007 | | | Lawrence Correctional Center | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Time: | 10:29am | | | **Trust Fund** | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 02/24/2007 thru End;   Inmate: N30421;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N30421 Lambert, Frederick R.**                     **Housing Unit: LAW-R5-BL-22**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 223.59 |
| 03/08/07 | Point of Sale | 60 Commissary | 067728 | 192748 | Commissary | -71.13 | 152.46 |
| 03/15/07 | Payroll | 20 Payroll Adjustment | 074134 | | P/R month of 02/2007 | 27.45 | 179.91 |
| 03/21/07 | Point of Sale | 60 Commissary | 080731 | 194439 | Commissary | -33.79 | 146.12 |
| 04/04/07 | Point of Sale | 60 Commissary | 094724 | 196019 | Commissary | -88.79 | 57.33 |
| 04/13/07 | Payroll | 20 Payroll Adjustment | 103134 | | P/R month of 03/2007 | 28.80 | 86.13 |
| 04/18/07 | Disbursements | 84 Library | 108334 | Chk #17950 | 055477, DOC - Library Copies,  Inv. Date: 03/27/2007 | -3.45 | 82.68 |
| 04/18/07 | Disbursements | 84 Library | 108334 | Chk #17950 | 055604, DOC - Library Copies,  Inv. Date: 04/13/2007 | -1.50 | 81.18 |
| 04/18/07 | Disbursements | 80 Postage | 108334 | Chk #17951 | 055726, DOC: 523 Fund Reimburs, Inv. Date: 04/17/2007 | -.39 | 80.79 |
| 04/18/07 | Disbursements | 81 Legal Postage | 108334 | Chk #17951 | 055471, DOC: 523 Fund Reimburs, Inv. Date: 03/26/2007 | -5.00 | 75.79 |
| 04/29/07 | Mail Room | 10 Western Union | 119200 | 3540302107 | LAMBERT, ANTOWAN | 150.00 | 225.79 |
| 05/04/07 | Point of Sale | 60 Commissary | 124724 | 197733 | Commissary | -64.89 | 160.90 |
| 05/15/07 | Payroll | 20 Payroll Adjustment | 135134 | | P/R month of 04/2007 | 4.11 | 165.01 |
| 05/16/07 | Disbursements | 80 Postage | 136334 | Chk #18252 | 055914, DOC: 523 Fund Reimburs, Inv. Date: 04/30/2007 | -2.31 | 162.70 |
| 05/18/07 | Point of Sale | 60 Commissary | 138724 | 199314 | Commissary | -27.15 | 135.55 |
| 06/04/07 | Point of Sale | 60 Commissary | 155714 | 200769 | Commissary | -46.42 | 89.13 |
| 06/14/07 | Payroll | 20 Payroll Adjustment | 165134 | | P/R month of 05/2007 | 28.80 | 117.93 |
| 06/15/07 | Point of Sale | 60 Commissary | 166724 | 202072 | Commissary | -83.63 | 34.30 |
| 06/15/07 | Disbursements | 80 Postage | 166334 | Chk #18543 | 056035, DOC: 523 Fund Inmate R, Inv. Date: 05/21/2007 | -.41 | 33.89 |
| 06/15/07 | Disbursements | 84 Library | 166334 | Chk #18544 | 056111, DOC: 523 Fund Library, Inv. Date: 06/04/2007 | -1.20 | 32.69 |
| 06/27/07 | Mail Room | 01 MO/Checks (Not Held) | 178221 | 03017652 | Flores, Jean | 50.00 | 82.69 |
| 06/27/07 | Mail Room | 01 MO/Checks (Not Held) | 178221 | 03017650 | Flores, Jean | 50.00 | 132.69 |
| 06/27/07 | Mail Room | 01 MO/Checks (Not Held) | 178221 | 03017649 | Flores, Jean | 50.00 | 182.69 |
| 06/27/07 | Mail Room | 01 MO/Checks (Not Held) | 178221 | 03017651 | Flores, Jean | 50.00 | 232.69 |
| 07/03/07 | Point of Sale | 60 Commissary | 184724 | 203750 | Commissary | -32.38 | 200.31 |
| 07/16/07 | Disbursements | 80 Postage | 197334 | Chk #18762 | 056496, DOC: 523 Fund Inmate R, Inv. Date: 07/06/2007 | -.58 | 199.73 |
| 07/16/07 | Payroll | 20 Payroll Adjustment | 197134 | | P/R month of 06/2007 | 27.45 | 227.18 |
| 07/19/07 | Point of Sale | 60 Commissary | 200714 | 205214 | Commissary | -134.47 | 92.71 |
| 08/02/07 | Point of Sale | 60 Commissary | 214731 | 206791 | Commissary | -56.52 | 36.19 |
| 08/09/07 | Point of Sale | 60 Commissary | 221724 | 207985 | Commissary | -16.92 | 19.27 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222134 | | P/R month of 07/2007 | 28.80 | 48.07 |
| 08/10/07 | Mail Room | 01 MO/Checks (Not Held) | 222219 | 08-747947146 | Benford, Estella | 50.00 | 98.07 |
| 08/10/07 | Mail Room | 01 MO/Checks (Not Held) | 222219 | 08-747947148 | Benford, Estella | 50.00 | 148.07 |
| 08/10/07 | Mail Room | 01 MO/Checks (Not Held) | 222219 | 08-747947147 | Benford, Estella | 50.00 | 198.07 |
| 08/10/07 | Mail Room | 01 MO/Checks (Not Held) | 222219 | 08-747947149 | Benford, Estella | 50.00 | 248.07 |
| 08/16/07 | Disbursements | 80 Postage | 228334 | Chk #19131 | 056579, DOC: 523 Fund Inmate R, Inv. Date: 07/20/2007 | -4.60 | 243.47 |
| 08/16/07 | Disbursements | 80 Postage | 228334 | Chk #19131 | 056868, DOC: 523 Fund Inmate R, Inv. Date: 08/15/2007 | -3.17 | 240.30 |
| 08/21/07 | Point of Sale | 60 Commissary | 233729 | 209566 | Commissary | -87.26 | 153.04 |
| 08/23/07 | Disbursements | 88 Filing Petition with the Court | 235334 | Chk #19201 | 056956, US District Court, Sou,  Inv. Date: 08/23/2007 | -5.00 | 148.04 |

REPORT CRITERIA - Date: 02/24/2007 thru End;   Inmate: N30421;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N30421 Lambert, Frederick R.**      **Housing Unit: LAW-R5-BL-22**

|  |  |
|---|---|
| Total Inmate Funds: | 148.04 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 12.36 |
| Funds Available: | 135.68 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/22/2007 | 056941 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $5.05 |
| 08/23/2007 | 056956 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 08/23/2007 | 056957 | Disb | Library | 2 DOC: 523 Fund Library | $5.60 |
| 08/23/2007 | 056957 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
|  |  |  |  | **Total Restrictions:** | **$12.36** |

IN THE
UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDERICK RICKY LAMBERT,           )
                                   )
(N-30421)        Petitioner,       ) Case No. 07-607-MJR
     v.                            )
                                   )
LEE RYKER,                         )
           Respondent.             )

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT        TO: _____
    SOUTHERN DISTRICT OF ILLINOIS           _____
    P.O. Box 249                            _____
    East St. Louis, IL. 62202               _____

PLEASE TAKE NOTICE that on ___August 29___, 20_07_, I have placed the documents listed below in the institutional mail at __Lawrence__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST_
_TO PROCEED IN FORMA PAUPERIS_

I, _Frederick Ricky Lambert_, Being first duly sworn upon my oath depose and state that I have served the above Representative's with the above attached documents by placing the same in the U.S. Postal/Mail Box here at Lawrence C.C. Center on this _29_ day of _August_, 20_07_. Postage Prepaid.

/s/ _Frederick_
NAME: _Frederick Ricky Lambert_
IDOC#: _N-30421_
_Lawrence_ Correctional Center
    RR 2  Box 31
    Sumner_____, IL 62466

Subscribed and sworn to before me this _29th_ day of _August_, 20_07_.
Notary: _Sharon L. McCorkle_

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public
My Commission [illegible]