IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
DEC 11 2007
CLERK, U.S. DISTR.
SOUTHERN DISTRICT
EAST ST. LOUIS

FREDERICK RICKY LAMBERT, )
( N-30421 ) )
        Petitioner, )
                            ) Case No.# 07-607-MJR
-vs- )
                            )
LEE RYKER, )
        Respondent. )

### NOTIFICATION OF **TEMPORARY** CHANGE OF ADDRESS

    NOW COMES, Frederick Ricky Lambert, Petitioner in the above entitled cause and Notify this Honorable Court that :

    1. Petitioner currently has a Federal Habeas Corpus Petition pending in this Honorable Court.

    2. That an addition to said Petition, the Petitioner also has a **Motion For Stay** which this Honorable Court has not ruled upon.

    3. That the Petitioner as of December 5th, 2007 will be on a Court Writ and will not be at Lawrence Correctional Center where he currently resides.

    4. That the Petitioner has a Court date in Winnebago County on what is beleieved to be December 6, 2007.

    5. That the Petitioner is going back to Court on the matter of his State Post Conviction Petitiion which was discussed in his Motion for Stay based upon the reasons thereof.

    6. That the Petitioner is not certain as to when he will return to Lawrence Correctional Center and therefore if any correspondence is made or directed to him regarding his pending Federal Habeas Corpus he will not be able to respond in a timely fashion.

    WHEREFORE, Petitioner request that this Court understand his situation because due to security concerns of IDOC Petitioner is not certain of where he will be housed during his Court Writ and not sure exactly when he will be back. Petitioner will again notify this Honorable Court once he return from his Court Writ.

                                    Respectfully Submitted :

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDERICK RICKY LAMBERT, | ) |
| Plaintiff, | ) |
| ( N-30421 )　Petitioner, | ) Case No. 07 - 607 - MJR |
| v. | ) |
| | ) |
| LEE RYKER ( Warden ) | ) |
| Defendant　Respondent. | |

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk　　　　　　　　　　TO: Lee Ryker

　　United States District Court　　　Warden

　　P.O. Box 249　　　　　　　　　　RR 2　Box 36

　　East St. Louis, IL. 62202　　　　Sumner, IL. 62466

PLEASE TAKE NOTICE that on December 4th, 20 07, I have placed the documents listed below in the institutional mail at Lawrence Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Notification of Temporary Change Of Address

A copy is hereby served upon Respondent.

I, Frederick Ricky Lambert, Being first duly sworn upon my oath depose and state that I have served the above Representative's with the above attached documents by placing the same in the U.S. Postal/Mail Box here at Lawrence C.C. Center on this 4th day of December, 20 07 Postage Prepaid.

/s/ *Frederick Lambert*

NAME: Frederick R. Lambert
IDOC#: N-30421
Lawrence Correctional Center
RR 2　Box 31
Sumner, IL 62466

Subscribed and sworn to before me this 4th day of December, 20 07.
Notary: *Sharon L. McCorkle*

"OFFICIAL SEAL"
Sharon L. M[...]
Notary Public [...]
My Commission [...] 2009