UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

DEC 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

FREDERICK RICKY LAMBERT,           )
( N-30421 )      Petitioner,       )
-vs-                               )   Case No.# 07-607-MJR
LEE RYKER                          )
( Warden )       Respondent.       )
                                   )

NOTICE OF ADDRESS

    NOW COMES, Frederick R. Lambert, Petitioner, Pro Se, and Respectfully move this Honorable Court on the above motion. As such, Petitioner states :

    1. That on or around December 3rd or 4th, 2007 Petitioner filed with this Court a Motion / Notice of Temporary Change Of Address.

    2. That Petitioner filed said Notice because he was being taken back to Court on his pending State Post Conviction / Relief From Judgment 2-1401 Petition's.

    3. That the Pending matters stated above has been continued until January 10th, 2008.

    4. That the petitioner is hereby housed at his initial address so stated on his Notice of filing of his original 2254 Petition and that address is :

        Frederick R. Lambert
        Register Number N-30421
        Lawrence Correctional Center
        RR 2   Box 31
        Sumner, IL. 62466

    WHEREFORE, Petitioner request that the record reflect that he's currently housed at the above address.

                              Respectfully Submitted :

                              *Frederick Lambert*

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FREDERICK R. LAMBERT,           )
                    Petitioner, )
( N-30421 )                     ) Case No. 07- 607 - MJR
         v.                     )
                                )
LEE RYKER   ( Warden )          )
                    Respondent. )

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT        TO:
                                        LEE RYKER
    SOUTHER DISTRICT OF ILLINOIS            WARDEN
    P. O.  Box  249                     RR 2    Box 36
    East  St. Louis, IL. 62202          Sumner, IL. 62466

PLEASE TAKE NOTICE that on December 17 , 20 07, I have placed the documents listed below in the institutional mail at Lawrence Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

  Motion / Notice of Address

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: December 13, 2007           /s/ Frederick Lambert
                                  NAME: Frederick R. Lambert
                                  IDOC#:  N-30421
                                  Lawrence  Correctional Center
                                        RR 2   Box 31
                                  Sumner        , IL 62466

Revised Jan 2002