CJRA_T, CLOSED, FILE_CREATED, HABEAS

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:07−cv−00607−MJR

| | |
|---|---|
| Lambert v. Ryker | Date Filed: 08/24/2007 |
| Assigned to: Judge Michael J. Reagan | Date Terminated: 03/31/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Frederick Ricky Lambert**         represented by   **Frederick Ricky Lambert**
#N−30421
LAWRENCE CORRECTIONAL CENTER
Rural Route #2
Box 36
Sumner, IL 62466
PRO SE

V.

**Respondent**

**Lee Ryker**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2007 | "1 | PETITION for Writ of Habeas Corpus filed by Frederick Ricky Lambert. (Attachments: # 1 Memorandum of Finding of Facts)(myz ) (Entered: 08/27/2007) |
| 08/24/2007 | "2 | MOTION to Appoint Counsel by Frederick Ricky Lambert. (myz ) (Entered: 08/27/2007) |
| 08/24/2007 | "3 | MOTION for Stay by Frederick Ricky Lambert. (myz ) (Entered: 08/27/2007) |
| 08/27/2007 | "4 | Letter advising petitioner of case number assigned and filing fee requirements. (myz ) (Entered: 08/27/2007) |
| 08/30/2007 | " | Writ of Habeas Corpus Filing fee received in the amount of $ 5.00, receipt number 34625001091 (dkd ) (Entered: 08/30/2007) |
| 09/05/2007 | "5 | MOTION for Leave to Proceed in forma pauperis by Frederick Ricky Lambert. (myz ) (Entered: 09/06/2007) |
| 12/11/2007 | "6 | NOTICE of Temporary Change of Address by Frederick Ricky Lambert (temporary address not indicated) (myz ) (Entered: 12/11/2007) |
| 12/20/2007 | "7 | NOTICE of Change of Address by Frederick Ricky Lambert. (jmp) (Entered: 12/20/2007) |
| 03/31/2008 | "8 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to ND IL, Western Division. Signed by Judge Michael J. Reagan on 3/31/08. (eed) (Entered: 03/31/2008) |