**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

FILED
APR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
08 C 50059

Plaintiff(s) FREDERICK R. LAMBERT,
( N-30421 )
                              Petitioner,          )
                                                   )   Case Number: 07-607-MJR
V.                                                 )
                                                   )
Defendant(s) LEE RYKER,                            )   Judge:
                              Respondent.          )

### RENEWAL MOTION FOR APPOINTMENT OF COUNSEL

1. I, FREDERICK R. LAMBERT, declare that I am the (check appropriate box)
   [ ] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have written to the following organizations and law firms / Attorneys with no avail. Chgo. Bar Association, 321 S. Plymouth Ct, Chgo ; Kent College of Law, 77 S. Wacker Dr, Chgo ; Mayer, Brown & Platt, 1900 S. La Salle St., Chgo ; Pro Bono Advocates, Lower Level Richard J. Daley Ctr., Chgo ; and Prarie State Legal Services, 1146 Westgate St., Chgo.

   In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [yes] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

   In further support of my motion, I declare that (check appropriate box):

   [yes] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status. **See Record / File.**

   [yes] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [yes] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

   I declare under penalty that the foregoing is true and correct.

_Frederick Lambert_                        RR 2   Box 31
Movant's Signature                         Street Address

April 8th, 2008                            Sumner, IL.   62466
Date                                       City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: I believe P. Michael Mahoney    Case Number: 99-CV-50076

Case Title: Lambert v. Owens, et

Appointed Attorney's Name: Attorney James D. Zeglis appointed as **Standby counsel** to assist me with witnesses / discovery

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐