UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case | 08 C 50059 |
|---|---|---|

United States of America ex rel. Frederick Ricky Lambert (#N-30421) v. Lee Ryker.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent, Lee Ryker.

| SIGNATURE |
|---|
| s/Katherine D. Saunders |

| FIRM |
|---|
| Illinois Attorney General's Office |

| STREET ADDRESS | 100 W. Randolph St., 12th Floor |
|---|---|

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230668 | 312-814-6128 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

       I hereby certify that on May 6, 2008, I electronically filed the attached APPEARANCE with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 6, 2008, I mailed the document by United States Postal Service to:

Frederick R. Lambert, #N30421
Lawrence Correctional Center
Rural Route 2
Box 31
Sumner, Illinois 62466

                                            LISA MADIGAN
                                            Attorney General of Illinois

                      By:    s/Katherine D. Saunders
                             KATHERINE D. SAUNDERS, Bar #6230668
                             100 W. Randolph St., 12th Floor
                             Chicago, Illinois 60601-3218
                             TELEPHONE: (312) 814-6128
                             FAX: (312) 814-2253
                             EMAIL: ksaunders@atg.state.il.us