UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  FREDERICK RICKY LAMBERT,<br><br>  Petitioner,<br><br>    v.<br><br>LEE RYKER, Warden,<br>  Lawrence Correctional Center,<br><br>  Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 08 C 50059<br><br><br><br>The Honorable<br>Frederick J. Kapala,<br>Judge Presiding. |

NOTICE OF MOTION

To:   Frederick R. Lambert, #N30421
      Lawrence Correctional Center
      Rural Route 2
      Box 31
      Sumner, Illinois 62466

    PLEASE TAKE NOTICE that on May 16, 2008 at 9:00 a.m., or as soon thereafter as counsel might be heard, I will appear before the Honorable Frederick J. Kapala in Courtroom No. 220, or any other judge then sitting in his stead in the courtroom usually occupied by him at 211 South Court Street, Rockford, Illinois, and then and there present respondent's MOTION TO RECONSIDER in the above-captioned case.

                            LISA MADIGAN
                            Attorney General of Illinois

                      By:   **s/Katherine D. Saunders**
                            KATHERINE D. SAUNDERS, Bar #6230668
                            Assistant Attorney General
                            100 W. Randolph Street, 12th Floor
                            Chicago, Illinois 60601
                            TELEPHONE: (312) 814-6128
                            FAX: (312) 814-2253
                            EMAIL:ksaunders@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2008, I electronically filed the attached NOTICE OF MOTION with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 7, 2008, I mailed the document by United States Postal Service to:

Frederick R. Lambert, #N30421
Lawrence Correctional Center
Rural Route 2
Box 31
Sumner, Illinois 62466

                                            LISA MADIGAN
                                            Attorney General of Illinois

By:   **s/Katherine D. Saunders**
        KATHERINE D. SAUNDERS, Bar #6230668
        Assistant Attorney General
        100 W. Randolph Street, 12th Floor
        Chicago, Illinois 60601
        TELEPHONE: (312) 814-6128
        FAX: (312) 814-2253
        EMAIL:ksaunders@atg.state.il.us